Mark V. Asdourian, Esq. (State Bar No. 123688)
Jamie L. Ackerman, Esq. (State Bar No. 258457)
MARK V. ASDOURIAN, PLC
4675 MacArthur Court, Suite 490
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301          JS - 6
www.asdourianlaw.com

Attorneys for Plaintiff,
Charlene Asdourian

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHARLENE ASDOURIAN, | ) CASE NO. EDCV 12-1415-R (DTBx) |
| Plaintiff, | ) ORDER REMANDING ACTION |
| vs. | ) |
| JPMORGAN CHASE BANK, N.A., a Delaware corporation; U.S. BANK, National Association as Trustee for WaMu Mortgage Pass-Through Certificates, WMALT Series 2007-OA1 Trust; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

///

**[PROPOSED] ORDER REMANDING ACTION**

Plaintiff's motion to remand this action came on for hearing in Courtroom 8 of the court at 10:00AM on October 15, 2012. Mark V. Asdourian, Esq. appeared on behalf of Plaintiff and Marvin Adviento, Esq. appeared on behalf of Defendants JPMorgan Chase Bank, N.A. and U.S. Bank, National Association as Trustee WaMu Mortgage Pass-Through Certificates, WMALT Series 2007-OA1 Trust.

Upon reading the papers filed in support of and in opposition to the motion, after having entertained the argument of counsel and with due deliberation thereon, the court sustains the objection interposed by Plaintiff to the Declaration of Ashley L. Nauman and finds that the Notice of Removal fails to establish complete diversity between Plaintiff and the Defendants. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to remand is granted and in accordance with 28 U.S.C. §1447(c) this action is hereby forthwith remanded to the Riverside County Superior Court on the grounds that the court lacks subject matter jurisdiction. The Clerk of this Court is hereby directed to effectuate remand of this matter with all deliberate speed.

DATED: Nov. 5, 2012

_____
Hon. Manuel L. Real,
United States District Judge